

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1: 25-cr- 00132-SDN |
| KEITH PAGE | |

2025 SEP 10 P 3: 55

## MOTION TO SEAL

The United States moves that the Indictment in this case, as well as all associated docket entries, be sealed. The public disclosure of the fact that an indictment has been returned could result in the flight of the defendant, the destruction of evidence, or danger to law enforcement officers who seek to effectuate the defendant's arrest.

The Government requests that the Indictment and associated docket entries be unsealed upon the defendant's arrest.

Date: September 10, 2025

Craig M. Wolff
Acting United States Attorney

/s/ Andrew McCormack
Assistant U.S. Attorney

9/10/25
Granted.