SECRET

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH PAGE | No. 1:25-CR- 00132-SDN |

2025 SEP 10 P 3:55

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Sexual Exploitation of a Minor)

Between about June 1, 2022, and May 4, 2024, in the District of Maine and elsewhere, defendant

### KEITH PAGE

knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a live visual depiction of that conduct. The visual depiction was of Female Minor Child "A." The defendant knew and had reason to know that such visual depiction would be transmitted using any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT TWO
### (Enticement of a Minor)

Between about June 1, 2022, and May 4, 2024, in the District of Maine and elsewhere, defendant

### KEITH PAGE

used a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce, and to attempt to persuade, induce, entice, and coerce, an individual who had not attained the age of 18 years, specifically Female Minor Child "A," to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography as defined in Title 18, United States Code, Section 2256(8).

All in violation of Title 18, United States Code, Sections 2422(b) and 2427.

## COUNT THREE
### (Receipt of Child Pornography)

Between about June 1, 2022, and May 4, 2024, in the District of Maine, defendant

## KEITH PAGE

knowingly received material that contained visual depictions of child pornography using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2) and 2256(8)(A).

## NOTICE OF FORFEITURE

Upon conviction of an offense alleged in Counts One, Two or Three of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, (1) any visual depiction or other matter containing such visual depiction or image of child pornography that was possessed as alleged in Counts One, Two or Three of this Indictment and (2) any property, real or personal, used or

2

intended to be used to commit or to promote the commission of the offenses alleged in Counts One, Two and Three of this Indictment, including but not limited to (1) a Samsung Mobile phone, SM-S926U, IMEI: 311580301040206, IMEI2: 350545260443221.

Date: 9/10/25

_____
(Assistant) United States Attorney

A TRUE BILL.

Signature Redacted – Original on file with the Clerk's Office

Grand Jury Foreperson