

## Synopsis

| | |
|---|---|
| **Name:** | Keith Page |
| **Address:** (City & State Only) | Clinton, ME |
| **Year of Birth and Age:** | 1953/72 |
| **Violations:** | **CT 1: Production of Child Pornography.** See 18 U.S.C. §§ 2251(a) and (e). (Class B Felony). <br><br> **CT 2: Enticement of a Minor.** 18 U.S.C. § 2422(b). (Class A Felony). <br><br> **CT 3: Receipt of Child Pornography.** 18 U.S.C. § 2252A(a)(2). (Class C Felony). |
| **Penalties:** | **CT 1:** Not less than fifteen (15) years and not more than thirty (30) years imprisonment, not more than $250,000, or both, 18 U.S.C. § 2251(e). <br><br> **CT 2:** Not less than 10 years and not more than life imprisonment, a fine of not more than $250,000, or a fine and prison; 18 U.S.C. § 2252A(b)(1) <br><br> **CT 3:** Not less than five (5) years and not more than twenty (20) years imprisonment, not more than $250,000, or both; 18 U.S.C. § 2252A(b)(1) |
| **Supervised Release:** | **CTs 1-3:** Not less than five (5) years, not more than Life; 18 U.S.C § 3583(k) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **CT 1:** Not more than three (3) years; 18 U.S.C. § 3583(e)(3); but if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). <br><br> **CT 2:** Not more than five years; 18 U.S.C. § 3583(e)(3); but if Defendant is required to register |

| | |
|---|---|
| | under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). <br><br> **CT 3**: Not more than two (2) years; 18 U.S.C. § 3583(e)(3); but if Defendant is required to register under the Sex Offender Registration and Notification Act and commits an offense under Chapter 109A, 110, 117, or section 1201 or 1591, for which imprisonment for a term longer than one (1) year can be imposed, the court shall revoke supervised release and impose a term of not less than five (5) years. (18 U.S.C. § 3583(k)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **CT 1-3**: Any term of years or life less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | N/A |
| **Primary Investigative Agency and Case Agent Name:** | HSI – Special Agent Chase Ossinger |
| **Detention Status:** | Arrest warrant to issue. |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Kennebec |
| **AUSA:** | Andrew McCormack |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count |